PER CURIAM.
Affirmed. State v. Bowen, 413 So.2d 798 (Fla. 1st DCA 1982), review denied, 424 So.2d 760 (Fla.1983); United States v. Elliott, 571 F.2d 880 (5th Cir.1978), cert, denied, Hawkins v. United States, 439 U.S. 953, 99 S.Ct. 349, 58 L.Ed.2d 344 (1978); United States v. Hartley, 678 F.2d 961 (11th Cir.1982), cert, denied, 459 U.S. 1170, 103 S.Ct. 815, 74 L.Ed.2d 1014 (1983); State v. Tate, 420 So.2d 116 (Fla. 2d DCA 1982), and Carroll v. State, 459 So.2d 368 (Fla. 5th DCA 1984), petition for review *483 denied, 464 So.2d 554 (Fla.1985). See also Fla.R.App.P. 9.320.
DANAHY, C.J., and BOARDMAN, EDWARD F., (Ret.) J., concur.
LEHAN, J., concurs specially.